UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24956-UU

ROGELIO RIVERO ALEMAN,

    Plaintiff,

v.

A & J GENERAL CONTRACTORS CORP., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On February 12, 2020, the Court ordered Plaintiff to show good cause in writing by February 18, 2020 as to why he has not served Defendants Miguel A. Guerrero, Sr. and Miguel A. Guerrero, Jr.  D.E. 18.  In the alternative, the Court ordered Plaintiff to file the verified proofs of service by this date and/or state, in detail, why Defendants Miguel A. Guerrero, Sr. and Miguel A. Guerrero, Jr. have not yet been served. *Id.*  The Court warned Plaintiff that: "Failure to respond to this Order will result in dismissal of this action without further notice." *Id.*

Federal Rule of Civil Procedure 41(b) permits a Court to dismiss a case for failure to prosecute or to comply with a Court order.  Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962) (clarifying that Rule 41(b) permits a Court to dismiss an action *sua sponte* for failure to comply with court order).  To date, Plaintiff has failed to respond to the Court's Order.  Neither has Plaintiff filed the verified proofs of service and/or stated, in detail, why Defendants

Miguel A. Guerrero, Sr. and Miguel A. Guerrero, Jr. have not yet been served.  Thus, the Court will dismiss the action without prejudice for failure to abide by the Court's Order.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes.  All hearings are CANCELLED; all motions DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th__ day of February, 2020.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf